372 A.2d 440

Sanner, et al. v. Walker, Appellant.

Argued December 8, 1976.   M. Walker, with him Robert L. White, for appellant; William F. Schroeder, with him Stuckert, Yates and Krewson, for appellees.

Order affirmed.

372 A.2d 440

Siegel, Appellant, v. DiSanto, et al.

Argued December 6, 1976. Neil E. Jokelson, for appellant; Benjamin E. Zuckerman, with him Arthur Lefkoe, for appellees.

Order affirmed.